**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

United States of America
Plaintiff(s),

v.

State of Oklahoma et al.
Defendant(s)

Case No. CIV-24-511-J

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff (Plaintiff/Defendant), United States of America (Name of Party).

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Christopher A. Eiswerth (Signature) 05/22/2024 (Date)

Christopher A. Eiswerth
Print Name

U.S. Department of Justice
Firm

1100 L Street, NW
Address

Washington, DC 20005
City State Zip Code

(202) 305-0568
Telephone

christopher.a.eiswerth@usdoj.gov
Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

✓ I hereby certify that on May 22, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

✓ I hereby certify that on May 22, 2024, I filed the attached document with the Clerk of the Court and served the attached document by U.S. Mail on the following, who are not registered participants of the ECF System:

State of Oklahoma
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105

Governor Stitt
Office of the Governor
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105

Attorney General Drummond
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Oklahoma Department of Public Safety
3600 N. Martin Luther King Avenue
Oklahoma City, OK 73111

Commissioner Tipton
Oklahoma Department of Public Safety
3600 N. Martin Luther King Avenue
Oklahoma City, OK 73111

s/ Christopher A. Eiswerth
s/ Attorney Name