UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-511-J |
| THE STATE OF OKLAHOMA, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Before the Court are (1) Defendants' Unopposed Motion for a Stay of Their Deadline to Respond to the Complaint [Doc. No. 14]; and (2) the parties' Joint Motion for Briefing Schedule [Doc. No. 15].

First, upon review, Defendants' Unopposed Motion for a Stay of Their Deadline to Respond to the Complaint [Doc. No. 14] is GRANTED. The Court will set any deadlines for responding to the complaint after ruling on Plaintiff's pending motion for injunctive relief.

Second, upon review, the parties' Joint Motion for Briefing Schedule [Doc. No. 15] is GRANTED as follows: Defendants shall respond to Plaintiff's motion for injunctive relief by June 13, 2024; said response shall not exceed 35 pages. Plaintiff shall reply in support of its motion by June 18, 2024; said reply shall not exceed 15 pages.[1]

IT IS SO ORDERED this 5th day of June, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] At this time, the Court finds that a hearing is unnecessary to resolve Plaintiff's motion for injunctive relief.