**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CIV-24-511-J |
| THE STATE OF OKLAHOMA, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Before the Court are the motions for leave to file briefs as amicus curiae of Immigration Reform Law Institute [Doc. Nos. 22, 24]. Upon review, the motions [Doc. Nos. 22, 24] are DENIED.

IT IS SO ORDERED this 28th day of June, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE