UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-24-511-J |
| ) | |
| THE STATE OF OKLAHOMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter started as two separate lawsuits, both centered around Oklahoma House Bill 4156 (H.B. 4156). On May 21, 2024, the United States filed suit against the State of Oklahoma, Oklahoma Governor Kevin Stitt, Oklahoma Attorney General Gentner Drummond, the Oklahoma Department of Public Safety, and Oklahoma Department of Public Safety Commissioner Tim Tipton (collectively, Oklahoma). *See United States v. Oklahoma*, No. CIV-24-511-J, [Doc. No. 1]. On May 22, the United States moved to enjoin Oklahoma's enforcement of H.B. 4156, arguing that it was likely preempted under federal law. *Id.*, [Doc. No. 4].

Thereafter, a similar lawsuit was filed by Padres Unidos de Tulsa and several private individuals (collectively, the Padres Unidos Plaintiffs). *See Padres Unidos de Tulsa v. Drummond*, No. CIV-24-526-J, [Doc. Nos. 1, 14]. On grounds similar to those argued by the United States, the Padres Unidos Plaintiffs also moved to enjoin enforcement of H.B. 4156. *Id.*, [Doc. No. 15].

The Court consolidated the two cases on June 5, 2024. On June 28, 2024, the Court granted the United States' motion for a preliminary injunction. *See United States v. Oklahoma*, No. CIV-24-511-J, [Doc. No. 39]. Having done so, the Padres Unidos Plaintiffs' motion for a preliminary injunction, *see Padres Unidos de Tulsa v. Drummond*, No. CIV-24-526-J, [Doc. No. 15], is DENIED AS MOOT.

IT IS SO ORDERED this 28th day of June, 2024.

*[signature]*

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE