# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF OKLAHOMA, *et al.*,<br><br>        Defendants. | Case No. 5:24-cv-511-J |

**THE UNITED STATES' UNOPPOSED MOTION TO WITHDRAW COUNSEL**

      The United States respectfully moves to withdraw Christopher A. Eiswerth as counsel due to his impending departure from the Department of Justice. The United States will continue to be represented by Jean Lin of the same office. Defendants do not oppose this motion.

Dated: January 17, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Christopher A. Eiswerth*
CHRISTOPHER A. EISWERTH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone:       (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov
*Counsel for the United States*

**CERTIFICATE OF CONFERENCE**

I certify that on January 16, 2025, I conferred via email with counsel for Private Plaintiffs and Defendants regarding the relief requested in this motion. Private Plaintiffs' and Defendants' counsel stated that they do not oppose the relief requested in this motion.

/s/ Christopher A. Eiswerth
Christopher A. Eiswerth

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF on January 17, 2025, which automatically services all counsel of record who are registered to receive notices in this case.

/s/ Christopher A. Eiswerth
Christopher A. Eiswerth