# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 5:24-cv-00511-J |
| v. | |
| THE STATE OF OKLAHOMA, *et al.*, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the United States of America hereby dismisses the above-captioned action. The United States and defendants agree that each party bears its own cost.

Dated: March 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Jean Lin*
JEAN LIN
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone:	202 514-3716
Email:	jean.lin@usdoj.gov
Attorneys for the United States

## CERTIFICATE OF SERVICE

  I hereby certify that on March 14, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF system, which automatically transmits notice of electronic filing to registered participants in the ECF system.

           */s/ Jean Lin*
           JEAN LIN