FILED
United States Court of Appeals
Tenth Circuit

March 25, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>and<br><br>PADRES UNIDOS DE TULSA; XIMENA MONSERRAT LOPEZ MENA; JORDY MADRIGAL MARTINEZ; ANTONIO MARQUEZ; RENE DOROTEO HERNANDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF OKLAHOMA; KEVIN STITT, in his official capacity as Governor of Oklahoma; GENTNER DRUMMOND, in his official capacity as Attorney General of Oklahoma; OKLAHOMA DEPARTMENT OF PUBLIC SAFETY; TIM TIPTON, in his official capacity as Commissioner of Oklahoma Department of Public Safety,<br><br>    Defendants - Appellants,<br><br>and<br><br>VICKI BEHENNA, in her official capacity as District Attorney of Oklahoma County; STEVE KUNZWEILER, in his official capacity as District Attorney of Tulsa County,<br><br>    Defendants. | No. 24-6144<br>(D.C. No. 5:24-CV-00511-J)<br>(W.D. Okla.) |

------------

IMMIGRATION REFORM LAW
INSTITUTE; UNITED MEXICAN
STATES,

    Amicus Curiae.

───────────────────────────────

**ORDER**

───────────────────────────────

Before **HOLMES**, Chief Judge, **MORITZ**, and **ROSSMAN**, Circuit Judges.

───────────────────────────────

    This matter is before us on the United States' status report and the State of Oklahoma's motion to dismiss the appeal and to vacate the judgment of the district court, both of which were filed in response to the court's order of March 13, 2025. In addition, the Private Plaintiffs, who were provisionally granted leave to intervene in this appeal, have moved to remand the case to the district court for further proceedings as necessary.

    Upon consideration, the oral argument scheduled for April 10, 2025 at the Washburn University School of Law is vacated and counsel scheduled to appear are excused from attendance. After further considering the status of the Private Plaintiffs in this appeal, we clarify that they are not properly designated as appellees and their motion to intervene is denied. Private Plaintiffs' motion to remand is also denied as moot. Finally, this appeal is dismissed as moot. On the circumstances presented here, Oklahoma's request to vacate the judgment of the district court is denied as unnecessary. *See Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003) (noting effect of a notice of

dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i)).

                                      Entered for the Court
                                      CHRISTOPHER M. WOLPERT, Clerk

                                      by: Jane K. Castro
                                          Chief Deputy Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 25, 2025

Mr. Garry Michael Gaskins II
Mr. Cullen D. Sweeney
Mr. Zachary Paul West
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

**RE:**   **24-6144, United States, et al v. State of Oklahoma, et al**
Dist/Ag docket: 5:24-CV-00511-J

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Spencer Elijah Wittmann Amdur
Devraat Awasthi
Maxwell A. Baldi
Tanya Broder
Matt Crapo
Nicholas David Espiritu
Omar C. Jadwat
Amit Jain
Wafa Junaid
Donya Khadem

Megan Lambert
Joshua Adam Matz
Christopher Morel
Leif Eric Overvold
Oscar Sarabia Roman
Daniel Tenny
Cody Wofsy
Noor Zafar

CMW/djd

2