UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PADRES UNIDOS DE TULSA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-24-511-J |
| ) | |
| GENTNER DRUMMOND, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 14, 2025, this Court ordered Defendants to respond to Plaintiffs' request for a temporary restraining order by 5:00 p.m. on May 15, 2025. Defendants complied. If Plaintiffs wish to reply, they shall do so by 5:00 p.m. today.

IT IS SO ORDERED this 16th day of May, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE