IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF OKLAHOMA, *et al.*,<br><br>*Defendants*. | Case No. 5:24-cv-511-J |

### MOTION TO WITHDRAW

Tanya Broder, counsel for the Private Plaintiffs, respectfully moves to withdraw as an attorney of record in this matter. Ms. Broder has given notice of her withdrawal to Defendants in this matter. The Private Plaintiffs will continue to be represented by other counsel of record at the ACLU and ACLU of Oklahoma.

Dated: June 17, 2025

Respectfully submitted,

*/s/ Tanya Broder*
Tanya Broder
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. 108-62
Los Angeles, CA 90010
(213) 639-3900
broder@nilc.org

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Tanya Broder, certify that on June 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

*/s/ Tanya Broder*
Tanya Broder
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. 108-62
Los Angeles, CA 90010
(213) 639-3900
broder@nilc.org

*Counsel for Plaintiffs*
